**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| COMMONWEALTH OF PENNSYLVANIA, DELAWARE COUNTY JUDGE ANTHONY SCANLON, | : | No. 56 MM 2022 |
| | : | |
| Respondent | : | |
| | : | |
| v. | : | |
| | : | |
| VICTOR LESEAN SIMMONS, | : | |
| | : | |
| Petitioner | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 22nd day of August, 2022, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED. The Prothonotary is DIRECTED to strike the name of the jurist from the caption.